IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOHN DOE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:25-CV-2558-MLB-JSA |
| ACCURATE BACKGROUND, LLC, | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

Plaintiff John Doe filed this civil action on May 8, 2025, alleging that Defendant Accurate Background, LLC violated the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681, *et seq.*, by publishing an employment background check report to Plaintiff's potential employer that wrongfully depicts Plaintiff as an individual listed on the Georgia Sex Offender Registry [1]. The Court notes that although Plaintiff brings this action as "John Doe," he has not moved for leave to proceed under that pseudonym.

Federal Rule of Civil Procedure 10(a) requires that "every pleading" in federal court "must name all the parties." Fed. R. Civ. P. 10(a). "This rule serves more than administrative convenience. It protects the public's legitimate interest in knowing all of the facts involved, including the identities of the parties." *Plaintiff B. v. Francis*, 631 F.3d 1310, 1315 (11th Cir. 2011) (quoting *Doe v. Frank,* 951 F.2d 320, 323 (11th Cir. 1992)). "This creates a strong presumption in favor of parties' proceeding

in their own names. Defendants have the right to know who their accusers are, as they may be subject to embarrassment or fundamental unfairness if they do not." *Id.* The rule is not absolute, however, and a party may proceed anonymously by showing that he "has a substantial privacy right which outweighs the customary and constitutionally-embedded presumption of openness in judicial proceedings." *Roe v. Aware Woman Ctr. for Choice, Inc.*, 253 F.3d 678, 685 (11th Cir. 2001) (quoting *Frank,* 951 F.2d at 323). Plaintiff is therefore **ORDERED** to file a motion seeking leave to proceed anonymously within fourteen days of this Order, or alternatively, to **SHOW CAUSE** in writing within fourteen days of this Order why the case should not be dismissed without prejudice.

Plaintiff has also filed a certificate of interested persons and corporate disclosure statement [2]. The caption of this document identifies the Defendant in this case as LexisNexis Risk Solutions, Inc. [2] at 1, whereas the amended complaint identifies the Defendant as Accurate Background, LLC [1] at 1. Plaintiff is **ORDERED** to file an amended certificate of interested persons, or, if necessary, an amended complaint to correct this inconsistent identification of the Defendant in this action.

The Clerk is **DIRECTED** to submit this matter to the undersigned in the event that Plaintiff fails to file the documents listed above during the timeframe prescribed in this Order.

**IT IS SO ORDERED** this 14th day of May, 2025.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE